# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Andrea Lee Sanders,<br><br>    Petitioner<br><br>v.<br><br>United States District Court, District of Nevada, et al.,<br><br>    Respondents | Case No.: 2:19-cv-01511-JAD-EJY<br><br>**Order Dismissing<br>Improperly Commenced Case** |

Andre Lee Sanders has submitted a pleading styled as a "Writ of Habeas Corpus," with which she appears to be seeking habeas relief on behalf an acquaintance, Peter R. Wright.[1] Sanders filed a similar pleading in this court recently that was dismissed on the ground that she lacks standing to act on Wright's behalf.[2] This action is subject to dismissal for the same reason.

In addition, Sanders has not filed an application to proceed *in forma pauperis* or paid the filing fee to initiate a habeas corpus proceeding. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2.

IT THEREFORE IS ORDERED that this action is **DISMISSED**. The Clerk of Court is directed to ENTER JUDGMENT accordingly and close this action.

IT FURTHER IS ORDERED that a certificate of appealability is DENIED because

---

[1] ECF No. 1.

[2] *See Wright v. United States District Court*, Case No. 2:19-cv-01382-RFB-VCF.

jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

Dated: September 3, 2019

                                                           U.S. District Judge Jennifer A. Dorsey